UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1046

DOROTHY D. HATCHETT,

Plaintiff - Appellant,

versus

JOHN POTTER, Postmaster General, United States
Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (CA-00-461)

Submitted: December 3, 2002      Decided: December 18, 2002

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorothy D. Hatchett, Appellant Pro Se. Debra Jean Prillaman,
Assistant United States Attorney, Richmond, Virginia; Stephan James
Boardman, UNITED STATES POSTAL SERVICE, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dorothy D. Hatchett appeals the district court's order granting Appellee's Motion to Dismiss, or in the alternative, Motion for Summary Judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hatchett v. Potter, No. CA-00-461 (E.D. Va. Dec. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED